STATE OF CONNECTICUT *v.* ROBERT GREEN

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 115 (AC 27824), is denied.

*Mary Beattie Schairer,* special public defender, in support of the petition.

*Kathryn Ward Bare,* deputy assistant state's attorney, in opposition.

Decided February 26, 2008

COREY BROOKS *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 105 Conn. App. 149 (AC 27944), is denied.

*Jo Anne Sulik,* senior assistant state's attorney, in support of the petition.

*Annacarina Del Mastro,* senior assistant public defender, in opposition.

Decided February 26, 2008

CHERIE LEE CARRIER *v.* KELLY M. KING

The plaintiff's petition for certification for appeal from the Appellate Court, 105 Conn. App. 391 (AC 28422), is denied.

*Cherie Lee Carrier,* pro se, in support of the petition.

Decided February 26, 2008